JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan@stieglitzlaw.com
STIEGLITZ LAW PC
5482 Wilshire Blvd., Suite 1917
Los Angeles, California 90036
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
Leah Campbell

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leah Campbell,<br><br>        Plaintiff,<br><br>    v.<br><br>United Healthcare Insurance Co., Insperity Holdings, Inc. and DOES 1-10,<br><br>        Defendants. | Case No.: 2:23-cv-08823-RGK-E<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, STATUTORY PENALTIES, AND INTEREST**<br><br>Date: Monday, July 27, 2026<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Judge: R. Gary Klausner |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD PLEASE TAKE NOTICE THAT ON** Monday, July 27, 2026 or as soon thereafter as the matter may be heard  in courtroom 850 of the United States District Court For The Central District Of California county of Los Angeles, located at 255 East Temple Street, before the Honorable R. Gary Klausner, Leah Campbell ("Plaintiff") will move and hereby does move the Court pursuant to the Ninth Circuit's Memorandum Order and Mandate (Case No. 24-5736, Dkt. 100) for an award of attorney's fees, costs, statutory penalties, and interest against Defendants UnitedHealthcare Insurance Co., and Insperity Holdings, Inc. (together "Defendants") as follows:

1. Attorneys' Fees: Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff seeks $481,532.50 in fees, plus any additional fees as will be required for the reply brief and hearing in support of this Motion or as otherwise not yet incurred.

2. Costs: Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff seeks $3,235.17 in costs.

3. Statutory Penalties: Pursuant to 29 U.S.C. § 1132(c)(1), Plaintiff seeks $126,610.00 in penalties ($110/day for 1,151 days). This covers the period from 30 days after Plaintiff asked for the Plan and administrative record on January 14, 2021 (AR 734) to April 9, 2024 when Defendants produced the administrative record to Plaintiff including the Plan. Dkt. 44-1, p.6.

4. Interest:

    o Pre-Judgment Interest: Plaintiff seeks prejudgment interest pursuant to this Court's discretion, and calculated pursuant to 28 U.S.C. § 1961 as a fluctuated blended average across the withholding period on the withheld benefits as follows, (*see Dishman v. UNUM Life Ins. Co. of Am.*, 269 F.3d 974, 988 (9th Cir. 2001) ("Prejudgment interest is an element of compensation"):

        1. Primary Surgeon Services: Interest from April 27, 2021 to September 18, 2024 for the proper additional benefit payment of $43,325.43. Dkt. 68-2, p. 35.

- 2 -

2. Assistant Surgeon Services: Interest from October 23, 2020 to the date of Defendants process the claim.

o Post-Judgment Interest: Pursuant to 28 U.S.C. § 1961, Plaintiff seeks post-judgment interest on the total award (including benefits, fees, and penalties) at the federal statutory rate from the date the claim is properly processed and paid.

This Motion is based on this Notice of Motion and Motion, the jointly filed Memorandum of Points and Authorities, the Declaration of Jonathan A. Stieglitz, and the exhibits attached thereto, all pleadings, papers and exhibits on file in this action, all of which may be noticed judicially, and any other matters that may be presented to the Court prior to or at the time of the hearing. A proposed order has been lodged herewith.

This motion is made following the conference of counsel pursuant to Local Rule 7.3. The parties could not come to an agreement hence the need to file the instant motion.

Dated: June 12, 2026                          STIEGLITZ LAW, P.C.


By: /s/ Jonathan Stieglitz
      Jonathan Stieglitz

*Attorneys for*
*Plaintiff Leah Campbell*

- 3 -