SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Ryan R. Tikker (SBN 312860)
rtikker@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
UNITEDHEALTHCARE INSURANCE
COMPANY and INSPERITY
HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH CAMPBELL,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITEDHEALTHCARE INSURANCE CO., INSPERITY HOLDINGS INC., and DOES 1-10,<br><br>                    Defendants. | Case No. 2:23-cv-08823-RGK-E<br><br>**DECLARATION OF RYAN R. TIKKER IN SUPPORT OF DEFENDANTS' MOTION TO CLARIFY MEMORANDUM REGARDING IMPOSITION OF LIABILITY AGAINST UNITED FOR STATUTORY PENALTIES CLAIM THAT WAS NOT BROUGHT AGAINST IT AND TO STAY RESOLUTION OF PLAINTIFF'S REQUEST FOR STATUTORY PENALTIES PENDING THE COURT'S CLARIFICATION**<br><br>Honorable R. Gary Klausner<br>Date:  July 27, 2026<br>Time: 9:00 a.m.<br>Place:  Royball Federal Building and U.S. Courthouse, 254 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor<br><br>[*Filed concurrently with Defendants' Motion and [Proposed] Order*] |

TIKKER DECL ISO MOTION TO CLARIFY

I, Ryan R. Tikker, declare as follows:

1.      I am a senior associate at Seyfarth Shaw LLP, counsel for Defendants UnitedHealthcare Insurance Company ("United") and Insperity Holdings, Inc. ("Insperity") (collectively, "Defendants") in the above-captioned case.  I am duly licensed to practice law in the state of California.  I am one of the attorneys representing Defendants United and Insperity in this matter.  I make this Declaration in support of Defendants' motion for an order clarifying the scope of the remand ordered by the United States Court of Appeals for the Ninth Circuit in its Memorandum disposition filed April 13, 2026 (Dkt. No. 100), and to stay briefing regarding the assignment of penalties pending clarification by the Court (the "Motion").  I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

2.      On June 18, 2026, I sent email correspondence to counsel for Plaintiff, Mr. Stieglitz, regarding the basis for Defendants' Motion.

3.      Specifically, I noted that the Ninth Circuit's memorandum remanded with instructions to impose statutory fees with respect to United's alleged failure to produce the plan document.  I explained that as the memorandum is constructed, it appears to direct the district court to enter penalties against United.  However, Plaintiff never asserted a Section 1132(c)(1) claim against United.  Her statutory-penalty claim was plead, and litigated through judgment, solely against Insperity.  I noted that because the district court cannot enter judgment on a claim that was never plead against a defendant, Defendants intend to move along side with our opposing papers for an order clarifying the Ninth Circuit's memorandum.  I further noted that the district court has the authority and obligation to interpret the mandate of the Court of Appeals.  I explained that this result has serious due process concerns.

4.      I invited Mr. Stieglitz to participate in a teleconference to discuss.

///

///

///

1

TIKKER DECL ISO MOTION TO CLARIFY

5.      As of today's filing Mr. Stieglitz has not responded to my request to confer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2026, in Los Angeles, California.

Ryan R. Tikker

2

TIKKER DECL ISO MOTION TO CLARIFY

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I caused the a copy of the foregoing to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service and served viewable copies to all email addresses listed.

*/s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

3

TIKKER DECL ISO MOTION TO CLARIFY